# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Patriot National, Inc., *et al.,*<br><br>                           Debtors.[1] | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered) |
| Peter Kravitz, as Litigation Trustee of the PNI Litigation Trust,<br>                           Plaintiff,<br><br>vs.<br><br>Zoho Corporation,<br>                           Defendant. | Adv. No. 19-51129 |

## NOTICE OF SERVICE

Please take notice that on July 1, 2020, a copy of Plaintiff's *Written Discovery Requests and Initial Disclosures* were caused to be served on the following via First Class Mail:

<u>Attorney for Defendant</u>
Sridhar Vembu, RegAgt/Officer
Zoho Corporation
4141 Hacienda Drive

Pleasant, California 94588

Dated: July 1, 2020

                                    ASK LLP

                                    */s/ Brigette McGrath*
                                    Joseph L. Steinfeld, Jr., Esq. MN SBN 0266292
                                    Brigette G. McGrath, Esq., NY SBN 4962379
                                    2600 Eagan Woods Drive, Suite 400
                                    St. Paul, MN  55121
                                    Telephone:  (651) 289-3845
                                    E-mail: bmcgrath@askllp.com

                                    *-and-*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826).

**MORRIS JAMES LLP**
Brya M. Keilson, Esq. DE 4643
500 Delaware Avenue, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 888-6959
E-mail: bkeilson@morrisjames.com

*Counsel to Plaintiff Peter Kravitz, Litigation Trustee of the PNI Litigation Trust*